

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-19-00191-CR

_____

HERNAN VELAZQUEZ-MAZARIEGOS, Appellant

V.

THE STATE OF TEXAS

On Appeal from County Criminal Court No. 5
Denton County, Texas
Trial Court No. CR-2017-03236-E

Before Gabriel, Kerr, and Birdwell, JJ.
Memorandum Opinion by Justice Gabriel

## MEMORANDUM OPINION

Hernan Velazquez-Mazariegos, who has retained counsel, filed a notice of appeal stating his intent to appeal from his conviction for driving while intoxicated, his second conviction for that offense. *See* Tex. Penal Code Ann. § 49.04, .09(a). Based on the date the trial court imposed Velazquez-Mazariegos's sentence of 75 days' confinement, the appellate record was due in this court by July 15, 2019. Tex. R. App. P. 35.2(a). On July 10, 2019, the county clerk notified this court that because Velazquez-Mazariegos had failed to pay or make arrangements to pay for the preparation of the clerk's record, the clerk's record would not be filed on time. *See* Tex. R. App. P. 35.3(a).

By letter dated July 11, 2019, we notified Velazquez-Mazariegos of the county clerk's notice and informed him that unless he made arrangements to pay for the clerk's record by July 22, 2019, and provided this court with proof of payment, we would dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b). On July 23, 2019, the county clerk informed us that Velazquez-Mazariegos had still not made arrangements to pay for the preparation of the clerk's record. Likewise, this court has not received any response from Velazquez-Mazariegos.

Accordingly, because Velazquez-Mazariegos, who does not appear to be indigent, has not made arrangements to pay for the clerk's record, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 43.2(f).

                                        /s/ Lee Gabriel

                                        Lee Gabriel
                                        Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered:  August 22, 2019